# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

April 7, 2011

**Before**

JOEL M. FLAUM, *Circuit Judge*

TERENCE T. EVANS, *Circuit Judge*

MICHAEL P. McCUSKEY, *District Judge**

Nos. 09-3954, 09-3961 & 10-1204

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeals from the United States District |
| *Plaintiff-Appellee*, | Court for the Northern District of |
| | Illinois, Eastern Division. |
| v. | |
| | No. 1:07-cr-00007 |
| SCOTT LEWIS, VERNON WILLIAMS | |
| and LAVOYCE BILLINGSLEY, | Virginia M. Kendall, |
| *Defendants-Appellants*. | *Judge*. |

## O R D E R

The final three paragraphs of the court's April 6, 2011, opinion in this case are stricken and the following inserted in their place:

Finally, Lewis and Williams argue that the district judge erred in imposing a mandatory consecutive sentence under § 924(c). That argument, although contrary to our precedent, *United States v. Easter*, 553 F.3d 519 (7th Cir. 2009), is now foreclosed by *Abbott v. United States*, 131 S. Ct. 18 (2010).

For all these reasons, the judgments of the district court are AFFIRMED.

---

*The Honorable Michael P. McCuskey, United States District Court for the Central District of Illinois, sitting by designation.